IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-CR-460-D

UNITED STATES OF AMERICA

Plaintiff,

v.

TONY LEONARD CARVER

Defendant.
_____

## ORDER
_____

THIS MATTER is before the Court on a *pro se* pleading filed by Tony Leonard

Carver on March 7, 2006, entitled "Motion for Reconsideration of the Exparte Complaint

Pursuant to Rule (60)(b)(4) Regarding 'Void Judgment'" (the "Motion").  It appears that

the Motion seeks reconsideration of this Court's February 6, 2006, Order denying Mr.

Carver's request to file an "Exparte Complaint in the Nature of Federal Rules of Civil

Procedure Rule 60(b)(4)."  In the February 6, 2006, Order, this Court determined that

Mr. Carver was attempting to file a second or successive motion pursuant  28 U.S.C. §

2255.  I denied Mr. Carver's request because his initial 2255 motion had been denied.

In the Motion currently pending, Mr. Carver again seeks to vacate, set aside or correct

the sentence imposed in this criminal case.  Nothing in Mr. Carver's Motion persuades

me that I should vacate or modify the February 6, 2006, Order.  Therefore, it is hereby

ORDERED that Mr. Carver's Motion for Reconsideration of the Exparte

Complaint Pursuant to Rule (60)(b)(4) Regarding Void Judgment, filed March 7, 2006,

is **DENIED**.

Dated:  March 13, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge